**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **ALAN ALBERTO CARDENAS SANTOS**, <br><br> *Petitioner*, <br><br> v. <br><br> **J.L. JAMISON, et al.**, <br><br> *Respondents.* | **Case No. 2:26-cv-05526-JDW** |

## ORDER

**AND NOW**, this 5th day of August, 2026, upon review of Petitioner Alan Alberto Cardenas Santos's Motion To Appoint Counsel (ECF No. 2), it is **ORDERED** that Petitioner may file a supplemental brief no longer than seven pages by August 12, 2026, addressing my decision in *Sarco Tocte v. Jamison, et al.*, Case No. 2:26-cv-05410-JDW (ECF No. 6).

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.